**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-2209**

———————————

PRESIDENTIAL CANDIDATE NUMBER P60005535, a/k/a Ronald Satish Emrit; PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897, d/b/a United Emrits of America,

    Plaintiffs - Appellants,

   v.

GOVERNOR WES MOORE, D-Maryland; AISHA BRAVEBOY, Prince George's County Executive; CONGRESSMAN JAMIE RASKIN, D-Maryland; SENATOR ANGELA ALSOBROOKS, D-Maryland; SENATOR CHRIS VAN HOLLEN, D-Maryland; MARYLAND ATTORNEY GENERAL ANTHONY BROWN,

    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Jasmine Hyejung Yoon, District Judge.  (5:25-cv-00064-JHY-JCH)

———————————

Submitted:  February 19, 2026       Decided:  February 23, 2026

———————————

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Presidential Candidate Number P60005535, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit (who also identifies himself as Presidential Candidate Number P60005535) appeals the district court's order dismissing his civil complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error in the district court's determination that Emrit's complaint failed to present a plausible claim for relief.  Accordingly, we affirm the district court's order.  *Presidential Candidate No. P60005535 v. Moore*, No. 5:25-cv-00064-JHY-JCH (W.D. Va. Sep. 3, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*